AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| ISAI ROJAS, on behalf of himself, FLSA Collective Plaintiffs and the Class | )<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 17cv4097 |
| DIBELLA CORP. d/b/a LA VILLA PIZZERIA, et al. | )<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DIBELLA CORP.
c/o La Villa Pizzeria
261-263 Fifth Avenue,
Brooklyn, NY 11215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C.K. Lee, Esq.
Lee Litigation Group, PLLC.
30 East 39th Street, Second Floor,
New York, NY 10016
Tel.: (212) 465-1188

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 7/10/2017

s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

ISAI ROJAS, on behalf of himself, FLSA Collective
Plaintiffs and the Class

*Plaintiff(s)*

v.  Civil Action No. 17cv4097

DIBELLA CORP. d/b/a LA VILLA PIZZERIA, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GINO'S DE POSITANO PIZZERIA & RESTAURANT INC.
c/o La Villa Pizzeria
521 Fifth Ave.
New York, NY, 10017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C.K. Lee, Esq.
Lee Litigation Group, PLLC.
30 East 39th Street, Second Floor,
New York, NY 10016
Tel.: (212) 465-1188

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 7/10/2017

DOUGLAS C. PALMER
*CLERK OF COURT*

s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

ISAI ROJAS, on behalf of himself, FLSA Collective
Plaintiffs and the Class

*Plaintiff(s)*

v.                                                    Civil Action No.  17cv4097

DIBELLA CORP. d/b/a LA VILLA PIZZERIA, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ALLO FOOD CORP.
c/o La Villa Pizzeria
160-28 81st Street,
Howard Beach, NY, 11414

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   C.K. Lee, Esq.
Lee Litigation Group, PLLC.
30 East 39th Street, Second Floor,
New York, NY 10016
Tel.: (212) 465-1188

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



Date:  7/10/2017

DOUGLAS C. PALMER
*CLERK OF COURT*

s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

ISAI ROJAS, on behalf of himself, FLSA Collective Plaintiffs and the Class

*Plaintiff(s)*

v.    Civil Action No. 17cv4097

DIBELLA CORP. d/b/a LA VILLA PIZZERIA, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ALFRED DISCIPIO
c/o La Villa Pizzeria
261-263 5th Ave,
Brooklyn, NY 11215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C.K. Lee, Esq.
Lee Litigation Group, PLLC.
30 East 39th Street, Second Floor,
New York, NY 10016
Tel.: (212) 465-1188

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 7/10/2017

DOUGLAS C. PALMER
*CLERK OF COURT*

s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

ISAI ROJAS, on behalf of himself, FLSA Collective
Plaintiffs and the Class

*Plaintiff(s)*

v.                                    Civil Action No.  17cv4097

DIBELLA CORP. d/b/a LA VILLA PIZZERIA, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WILLIAM RUBIN
c/o La Villa Pizzeria
261-263 5th Ave,
Brooklyn, NY 11215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    C.K. Lee, Esq.
Lee Litigation Group, PLLC.
30 East 39th Street, Second Floor,
New York, NY 10016
Tel.: (212) 465-1188

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  7/10/2017                                                    s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*