UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ISAI ROJAS,
*on behalf of himself, FLSA Collective
Plaintiffs and the Class,*

Plaintiff,

-against-

DIBELLA CORP d/b/a LA VILLA
PIZZERIA, et al.

Defendants.

17 CV  4097(DLI)(VMS

**STIPULATION EXTENDING
DEFENDANT'S TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above

captioned action, acting by means of their respective counsel, that the time for Defendants to

answer, move or otherwise respond with respect to the Complaint in the above matter is hereby

extended through and including September 25, 2017. There has been no previous request for an

extension of time.

IT IS FURTHER STIPULATED AND AGREED, that Defendants also agree to (i) consent

to the jurisdiction of the Court, (ii) waive all defenses to invalid service of process and (iii) accept

service of the Complaint and all amendments thereon.

For the Defendants:

By: _____

Joshua A. Marcus, Esq.
Franklin, Gringer & Cohen, P.C.
666 Old Country Road, Suite 202
Garden City, New York 11530
Telephone: (516) 228-3131
Fax: (516) 228-3136
jmarcus@franklingringer.com

Date: 8/23/17

For the Plaintiff:

By: _____

C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 8·23·17